[No. 60089-3-I.   Division One.   December 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK DIXON, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 60153-9-I.   Division One.   December 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANCEY CORNELIUS BANKS, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Grosse, J.

[No. 62451-2-I.   Division One.   December 20, 2010.]

*In the Matter of the Detention of* CURTIS GENE BROGI.

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS GENE BROGI, *Appellant*.

*Reversed* and *remanded* by unpublished per curiam opinion.